# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

WARING LESTER,

      Plaintiff,

v.

UNITED PARCEL SERVICES, INC.,

      Defendant.

Case No. 1:23-cv-04064-ELR-AWH

## PLAINTIFF'S UNOPPOSED MOTION FOR A 7-DAY EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

COMES NOW Plaintiff, Waring Lester, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to file his written objections to *Order and Final Report and Recommendation* (Doc. 114). Plaintiff's objections are currently due on or before Monday, February 9, 2026. Plaintiff respectfully requests a 7-day extension, through and including February 16, 2026, within which to file his objections.

### Reason for Request

Good cause exists for the requested extension. Counsel for Plaintiff will make diligent efforts to prepare the objections prior to the deadline. However, Plaintiff's counsel is currently scheduled to begin a jury trial in the Superior Court of Fayette County beginning Monday, February 2, 2026. Counsel also has hearings in other

1

matters scheduled for January 28 and an Appellant's Brief to the Georgia Court of Appeals due by February 3.  Therefore, Plaintiff respectfully requests that this Court grant an extension through and including February 16, 2026, within which to file his objections to *Order and Final Report and Recommendation* (Doc. 114).  Counsel for Defendant United Parcel Services, Inc. does not oppose the requested extension.

Respectfully submitted this 27th day of January, 2026.

**STRICKLAND DEBROW LLP**

*/s/ Vernon M. Strickland*
Vernon M. Strickland
Georgia Bar No. 345346
Kimberly Bourroughs Debrow
Georgia Bar No. 231480
Joy D. Bonner
Georgia Bar No. 43979
246 Bullsboro Drive, Suite A
Newnan, Georgia 30263
Tel: (470) 683-4402
Fax: (470) 683-4412
vstrickland@stricklanddebrow.com
kbdebrow@stricklanddebrow.com
jbonner@stricklanddebrow.com

*Counsel for Plaintiff Waring Lester*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

WARING LESTER,

      Plaintiff,

v.

UNITED PARCEL SERVICES, INC.,

      Defendant.

Case No. 1:23-cv-04064-ELR-AWH

**CERTIFICATE OF RULE 7.1 COMPLIANCE**
**AND CERTIFICATE OF SERVICE**

I hereby certify that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.  I also certify that on January 27, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 27th day of January, 2026.

/s/ *Vernon M. Strickland*
Vernon M. Strickland
Georgia Bar No. 345346