**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

WARING LESTER,

      Plaintiff,

v.

UNITED PARCEL SERVICES, INC.,

      Defendants.

Case No. 1:23-cv-04064-ELR-AWH

## ORDER

This case is before the Court on Plaintiff Waring Lester's Motion for a 7-Day Extension of Time (Doc. 117) to file objections to the Magistrate Judge's *Order and Final Report and Recommendation* (Doc. 114) ("Report and Recommendation"). Plaintiff requests an extension until February 16, 2026, to file objections to the Report and Recommendation, and Defendant does not oppose Plaintiff's motion for the extension of time. Plaintiff's motion for a 7-day extension to file his objections to the Report and Recommendation is **GRANTED**, and Plaintiff has until February 16, 2026, to file his objections.

      **SO ORDERED,** this 29th day of January, 2025.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia