To: All Judges, Clerks of Court, and Counsel of Record

From: Vernon M. Strickland, esq

RE: Notice of Leave of Absence

Date: February 20, 2026

Comes now Vernon M. Strickland and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1. The period of leave during which time Applicant will be away from the practice of law, is: (dates of leave).

- 2/16 (Federal Holiday)
- 2/16-2/20 (Personal Leave)
- 2/27 (Personal Leave)
- 3/11-3/13 (Personal Leave)
- 4/3 (Federal Holiday)
- 4/6-4/10 (Personal Leave)
- 4/8-4/10 (Personal Leave)
- 5/13 (Personal Leave)
- 6/18-6/21 (Personal and Professional Leave)
- 6/19 (Federal Holiday)
- 7/1-7/3 (Personal Leave)
- 7/2-7/6 (Personal Leave)
- 7/27-7/31 (Personal Leave)
- 9/4 (Personal Leave)
- 9/7 (Federal Holiday)
- 10/12 (Federal Holiday)
- 11/6 (Personal Leave)
- 11/26-11/27 (Federal Holiday)
- 12/3-12/4 (Personal Leave)
- 12/21-12/25 (Personal Leave)

2. All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, leave shall be granted.

**STRICKLAND DEBROW LLP**

/s/ Vernon M. Strickland
Vernon M. Strickland
Georgia Bar No. 345346
246 Bullsboro Drive, Suite A
Newnan, Georgia 30263
Tel: (470) 683-4402
Fax: (470) 683-4412

/s/ Vernon M. Strickland

## CERTIFICATE OF SERVICE

This is to certify that I have, on this date served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks and opposing counsel listed on the attached Exhibit A.

Submitted this 20th day of February 2026.

**STRICKLAND DEBROW LLP**

/s/ Vernon M. Strickland
Vernon M. Strickland
Georgia Bar No. 345346
246 Bullsboro Drive, Suite A
Newnan, Georgia 30263
Tel: (470) 683-4402
Fax: (470) 683-4412