# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

WARING LESTER,

      Plaintiff,

v.

UNITED PARCEL SERVICES, INC.,

      Defendant.

Case No. 1:23-cv-04064-ELR-AWH

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTION FOR LEAVE TO FILE EXCESS PAGES FOR OBJECTIONS

Plaintiff Waring Lester filed 23 pages of objections to the Magistrate Judge's Report and Recommendation ("R&R"). (Objections, ECF No. 120.) The same day, Lester also sought leave for additional pages. (Mot. Excess Pages, ECF No. 119.)

Lester's motion should be denied. The Court's Standing Order provides that any request for additional pages must be filed at least five days in advance of the filing deadline and explain with specificity why additional pages are required. (Standing Order 4-5.) Lester's request fails to comply with these requirements and should be denied on that basis alone.

Respectfully submitted, this 2nd day of March, 2026.

2

s/ Alex Meier
Alex Meier
ameier@leemeierburke.com
Georgia Bar No. 282350
LEE MEIER BURKE
695 Pylant Street
Suite 105
Atlanta, GA 30306
Telephone: 404.999.4798

*Counsel for Defendant*

2

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D</u>

Pursuant to L.R. 7.1D (N.D. Ga.), the undersigned certifies through undersigned counsel that this filing has been prepared in Times New Roman, size 14-point font, which is one of the fonts approved by L.R. 5.1C (N.D. Ga.).

*s/ Alex Meier*
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

*s/ Alex Meier*
*Counsel for Defendant*