**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

WARING LESTER,
              Plaintiff,

vs.

UNITED PARCEL SERVICES, INC.,
              Defendant.

CIVIL ACTION FILE

NO.  1:23-cv-04064-ELR

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and the Defendant's Motion for Summary Judgment, and the court having adopted said recommendation and granted said motion, it is

**Ordered and adjudged** that the plaintiff take nothing; that judgment be entered in favor of the defendant; and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 1st day of April, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/A. White
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 1, 2026
Kevin P. Weimer
Clerk of Court

By: s/A. White
      Deputy Clerk