AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

|  |  |  |  |
|---|---|---|---|
| Waring Lester | ) | | |
| v. | ) | Case No.: | 1:2023-cv-4064-ELR |
| United Parcel Service, Inc. | ) | | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __April 1, 2026__ against __Waring Lester__ ,
_Date_

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 17,155.40 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses _(itemize on page two)_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | _____ |
| Other costs _(please itemize)_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ 17,155.40 |

_SPECIAL NOTE:_  Attach to your bill an itemization and documentation for requested costs in all categories.
Please see attached invoices.

| **Declaration** |
|---|

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service        ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   Alexander C. Meier

Name of Attorney:   Alex Meier

For:   United Parcel Service, Inc.       Date: 4.27.26
_Name of Claiming Party_

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| _Clerk of Court_ | _Deputy Clerk_ | _Date_ |
|---|---|---|

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**United Parcel Service, Inc.**

**Itemized Costs**

Waring Lester deposition - $3,550.55

Kiiyatana Johnson deposition - $1,097.05

Waring Lester deposition videographer - $3,492.50

Vinny Manuel and Jeff Bloedorn depositions - $1,102.75

Roger Elmessan deposition - $1,137.50

Peter Menosky deposition - $1,783.85

Harold Washington deposition - $1,902.90

Jerwin Burke deposition - $1,662.25

Jeff Grant deposition - $1,426.05

TOTAL: $17,155.40

## Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



**VERITEXT**
LEGAL SOLUTIONS

Bill To:  William B. Hill
          Seyfarth Shaw LLP
          1075 Peachtree Street
          Suite #2500
          Atlanta, GA, 30309

| | |
|---|---|
| Invoice #: | 7203389 |
| Invoice Date: | 2/23/2024 |
| Balance Due: | $3,550.55 |

| | |
|---|---|
| **Case: Lester, Waring v. United Parcel Services, Inc. (123CV04064ELRJCF)** | **Proceeding Type: Depositions** |

Job #: 6438409  |  Job Date: 2/7/2024  |  Delivery: Normal                    Third Party: Misc. 3rd Pty

Location:          Newnan, GA

Billing Atty:      William B. Hill

Scheduling Atty:   Alexander Meier | Seyfarth Shaw LLP

| Witness: Waring Lester | Amount |
|---|---|
| Transcript Services | $2,778.20 |
| Professional Attendance | $570.00 |
| Exhibits | $86.35 |
| Logistics, Processing & Electronic Files | $116.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $3,550.55 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,550.55 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5 % per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

### Allocation Details

| | Amount (USD) |
|---|---|
| Billable | 3,550.55 |

| 118245-000005 | United Parcel Service, Inc. Waring Lester Litigation |
|---|---|
| Line | 0001 |
| Description | Deposition Transcript |
| Code | Deposition Transcripts |

---

| Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | Invoice #:  7203389 |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | Invoice Date:  2/23/2024 |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | Balance Due:  $3,550.55 |
| Fed. Tax ID: 20-3457913 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com



# Invoice

#### #40047853

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Seyfarth Shaw LLP**
Alex Meier
Suite 2500
1075 Peachtree Street NE
Atlanta GA 30309-3962
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 2/22/2024 | DUR, after 30 days 1.5% | 2/22/2024 | 2024-02-09T15:00:00 Z | 90043631 |

| Case Number | Case Name |
|---|---|
|  | Waring Lester v. United Parcel Services, Inc. |

COPY OF TRANSCRIPT OF:

Kiiyatana Johnson                                                1097.05

| INVOICE TOTAL  >>> | **$1097.05** |
|---|---|
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$1,097.05** |

Location of Job:  Seyfarth Shaw LLP
                  Atlanta, GA 30309

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

**Remit to: Huseby Global Litigation**
            **P.O. Box 6180**
            **Hermitage, PA 16148-0922**

## Allocation Details                                    Amount (USD)

| Billable | | 1,097.05 |
|---|---|---|
| 118245-000005 | United Parcel Service, Inc. Waring Lester Litigation | |
| Line | 0001 | |
| Description | Kiiyatana Johnson Transcript | |
| Code | Deposition Transcripts | |


40047853

1 of 1

# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913


VERITEXT
LEGAL SOLUTIONS

| | | |
|---|---|---|
| Bill To: Alexander Meier | Invoice #: | 7228754 |
| Seyfarth Shaw LLP | Invoice Date: | 3/5/2024 |
| 1075 Peachtree Street | Balance Due: | $3,580.50 |
| Suite #2500 | | |
| Atlanta, GA, 30309 | | |

| Case: Lester, Waring v. United Parcel Services, Inc. (123CV04064ELRJCF) | Proceeding Type: Depositions |
|---|---|

Job #: 6438409  |  Job Date: 2/7/2024  |  Delivery: Normal

| | |
|---|---|
| Location: | Newnan, GA |
| Billing Atty: | Alexander Meier |
| Scheduling Atty: | Alexander Meier | Seyfarth Shaw LLP |

| Witness: Waring Lester | Amount |
|---|---|
| Video - Electronic Access | $88.00 |
| Video Services | $3,492.50 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $3,580.50 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,580.50 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

## Allocation Details

Amount (USD)

| Billable | | 3,580.50 |
|---|---|---|
| 118245-000005 | United Parcel Service, Inc. Waring Lester Litigation | |
| Line | 0001 | |
| Description | Waring Lester (Video Services) Deposition | |
| Code | Deposition Transcripts | |

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #: 7228754
Invoice Date: 3/5/2024
Balance Due: $3,580.50

9264

# Huseby.com

# Invoice

#40065819

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Seyfarth Shaw LLP**
Alex Meier
Suite 2500
1075 Peachtree Street NE
Atlanta GA 30309-3962
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 5/30/2024 | DUR, after 30 days 1.5% | 5/30/2024 | 5/20/2024 | 90063681 |

| Case Number | Case Name |
|---|---|
| | Waring Lester v. United Parcel Services, Inc. |

COPY OF TRANSCRIPT OF:

Vinny Manuel — 422.40

COPY OF TRANSCRIPT OF:

Jeff Bloedorn — 680.35

| | |
|---|---|
| INVOICE TOTAL  >>> | **$1102.75** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$1,102.75** |

Location of Job:  Remote - GA
Atlanta, GA 30309

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
P.O. Box 6180
Hermitage, PA 16148-0922

## Allocation Details

Amount (USD)

1,102.75

Billable

| 118245.000005 | United Parcel Service, Inc. | |
| | Waring Lester Litigation | |
| Line | 0001 | |
| Description | Manuel and Bloedorn Deps. | |
| Code | Deposition Transcripts | |


40065819

1 of 1



# Invoice

#40065606

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Seyfarth Shaw LLP**
Alex Meier
Suite 2500
1075 Peachtree Street NE
Atlanta GA 30309-3962
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 5/30/2024 | DUR, after 30 days 1.5% | 5/30/2024 | 5/22/2024 | 90063471 |

| Case Number | | Case Name |
|---|---|---|
| | | Waring Lester v. United Parcel Services, Inc. |

COPY OF TRANSCRIPT OF:

Roger Elmessan                                                           1137.50

| | |
|---|---|
| **INVOICE TOTAL  >>>** | **$1137.50** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$1,137.50** |

Location of Job:  Remote - GA
                         Atlanta,  GA  30309

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752

**Remit to: Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**

## Allocation Details                                        Amount (USD)

| Billable | | | 1,137.50 |
|---|---|---|---|
| | 118245.000005 | United Parcel Service, Inc. Waring Lester Litigation | |
| | Line | 0001 | |
| | Description | Roger Elmessan Dep. | |
| | Code | Deposition Transcripts | |



40065606

1 of 1



# Invoice
#### #40064886

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Lee Meier Law**
Alex Meier Esq.
695 Pylant Street Northeast,
Suite 105
Atlanta GA 30306
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 5/28/2024 | | | 5/21/2024 | 90062888 |

| Case Number | | Case Name |
|---|---|---|
| | | Waring Lester v. United Parcel Services, Inc. |

COPY OF TRANSCRIPT OF:

  Jeff Cantrell                                             703.30

COPY OF TRANSCRIPT OF:

  Peter Menosky                                          1080.55

| | |
|---|---:|
| **INVOICE TOTAL  >>>** | **$1783.85** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$1,783.85** |

Location of Job:  Seyfarth Shaw LLP
                      Atlanta,  GA  30309

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**

## Allocation Details                   Amount (USD)

| Billable | | 1,783.85 |
|---|---|---|
| 118245.000005 | United Parcel Service, Inc. Waring Lester Litigation | |
| Line | 0001 | |
| Description | Jeff Cantreall/Peter Menosky Deps. | |
| Code | Deposition Transcripts | |


40064886

1 of 1



# Invoice

#40067257

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Lee Meier Law**
Alex Meier Esq.
695 Pylant Street Northeast,
Suite 105
Atlanta GA 30306
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 6/7/2024 | | | 5/31/2024 | 90065291 |

| Case Number | | Case Name |
|---|---|---|
| | | Waring Lester v. United Parcel Services, Inc. |

COPY OF TRANSCRIPT OF:

Harold Washington                                                      1902.90

| | |
|---|---|
| **INVOICE TOTAL  >>>** | **$1902.90** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$1,902.90** |

Location of Job:  Remote - GA
                 Atlanta,  GA  30309

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**

## Allocation Details

Amount (USD)

| Billable | | | 1,902.90 |
|---|---|---|---|
| | 118245.000005 | United Parcel Service, Inc.<br>Waring Lester Litigation | |
| | Line | 0001 | |
| | Description | Harold Washington Transcript | |
| | Code | Deposition Transcripts | |



40067257

1 of 1

## Veritext, LLC - Southeast Region

Tel. 770-343-9696 Email: billing-ga@veritext.com
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

Bill To:  Alex Meier
Lee Meier Law
695 Pylant Street, NE
Suite 105
Atlanta, GA, 30306

| | |
|---|---|
| Invoice #: | 7478842 |
| Invoice Date: | 6/14/2024 |
| Balance Due: | $1,662.25 |

| Case: Lester, Waring v. United Parcel Services, Inc. (1:23cv04064ELRJCF) | Proceeding Type: Depositions |
|---|---|

Job #: 6689114    |    Job Date: 5/24/2024    |    Delivery: Normal

Location:           Albuquerque, NM

Billing Atty:       Alex Meier

Scheduling Atty:    Vernon M. Strickland | Strickland Debrow LLP

| Witness: Jerwin Burke | Amount |
|---|---|
| Transcript Services | $1,662.25 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,662.25 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,662.25 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

## Allocation Details

| | Amount (USD) |
|---|---|
| Billable | 1,662.25 |

| | | |
|---|---|---|
| | 118245.000005 | United Parcel Service, Inc. Waring Lester Litigation |
| Line | 0001 | |
| Description | Jerwin Burke Deposition | |
| Code | Deposition Transcripts | |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| Invoice #: | 7478842 |
| Invoice Date: | 6/14/2024 |
| Balance Due: | $1,662.25 |

228609



# Invoice

#### #40070809

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Lee Meier Law**
Alex Meier Esq.
695 Pylant Street Northeast,
Suite 105
Atlanta GA 30306
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 6/28/2024 | | | 6/11/2024 | 90069069 |

| Case Number | | Case Name | | |
|---|---|---|---|---|
| | | Waring Lester v. United Parcel Services, Inc. | | |

COPY OF TRANSCRIPT OF:

Jeff Grant                                                                                          1426.05

| | |
|---|---|
| **INVOICE TOTAL  >>>** | **$1426.05** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$1,426.05** |

Location of Job:  Remote - GA
　　　　　　　　　Atlanta,  GA  30309

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

_____

**Tax ID:** 31-1763752

**Remit to: Huseby Global Litigation**
　　　　　　**P.O. Box 6180**
　　　　　　**Hermitage, PA 16148-0922**

## Allocation Details                                                    Amount (USD)

| Billable | | | 1,426.05 |
|---|---|---|---|
| | 118245.000005 | United Parcel Service, Inc. Waring Lester Litigation | |
| | Line | 0001 | |
| | Description | Jeff Grant Deposition | |
| | Code | Deposition Transcripts | |


40070809

1 of 1