**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WARING LESTER,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICES, INC.,<br><br>      Defendant. | Case No.<br>1:23-cv-04064-ELR-AWH |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S**
**<u>MOTION TO DISQUALIFY</u>**

Plaintiff Waring Lester seeks to disqualify the presiding judge under 28 U.S.C. § 455(a) [ECF No. 133]. This motion, like his prior motion for reconsideration, is a meritless effort to circumvent appellate review. Nothing in Lester's motion identifies a basis for disqualification, so the motion should be denied.

[*signature block on following page*]

Respectfully submitted, this 17th day of June, 2026.

*s/ Alex Meier*

Alex Meier

Georgia Bar No. 282350

LEE MEIER BURKE, LLC

695 Pylant Street

Suite 105

Atlanta, GA 30306

Telephone: 404.999.4798

ameier@leemeierburke.com

*Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D

Pursuant to L.R. 7.1D (N.D. Ga.), the undersigned certifies through undersigned counsel that this filing has been prepared in Times New Roman, size 14-point font, which is one of the fonts approved by L.R. 5.1C (N.D. Ga.).

*s/ Alex Meier*
*Counsel for Defendant*

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of June, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

*s/ Alex Meier*
*Counsel for Defendant*